IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER NECAISE                                                                              PLAINTIFF

v.                                                           CIVIL ACTION NO. **3:22-cv-213-HTW-LGI**

MISSISSIPPI DEPARTMENT OF REVENUE,
THE STATE OF MISSISSIPPI, &
ASHELY MERRYMAN MAY, CHRISTOPHER GRAHAM,
DAVID CALDWELL, BRIDGETTE THOMAS, JAN CRAIG, &
MEG BARTLETT (in their official and individual capacities) &
LAMAR WILSON (official capacity)                                                            DEFENDANTS

**NOTICE OF REMOVAL**

TO:   Arthur S. Johnson, III, Clerk of Court
      United States District Court
      Southern District of Mississippi
      501 East Court Street
      Jackson, Mississippi 39201

      Zack Wallace, Circuit Clerk
      Circuit Court of Hinds County, Mississippi
      First Judicial District
      P.O. Box 327
      Jackson, Mississippi 39205

      Benjamin Bowden, Esq.
      BEN BOWDEN, PC
      BridgeWater Commons Suite 204-B
      8921 Lorraine Road
      Gulfport, Mississippi 39503

Pursuant to 28 U.S.C. § 1441(c), Defendants, Christopher Graham ("Commissioner Graham"), David Caldwell ("Caldwell"), Jan Craig ("Craig"), and Meg Bartlett ("Bartlett") (in their official and individual capacities) (collectively "Removing Defendants"), hereby remove this action *Christopher Necaise v. Mississippi Department of Revenue, The State of Mississippi, & Ashely Merryman May, Christopher Graham, David Caldwell, Bridgett Thomas, Jan Craig, &*

1

*Meg Bartlett (in their official and individual capacities), & Lamar Wilson (official capacity)*, Civil Action No. 25CI1:22-cv-00126-EFP, from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division.  In support of this removal, the Removing Defendants state as follows:

1.In his Complaint, Plaintiff Christopher Necaise ("Plaintiff") alleges that the Removing Defendants discriminated against him in violation of his free speech rights and denied him of procedural due process under the United States Constitution.  Thus, these claims made by Plaintiff sound, if at all, under federal law.  *Exhibit 1, Plaintiff's Complaint*, p. 14.

2.Because Plaintiff is seeking relief for alleged violations of federal law, this Court has subject matter jurisdiction over this suit pursuant to 28 U.S.C. § 1331 and § 1441(c).

3.Plaintiff also asserts claims under the Mississippi Constitution, as well as, state law claims for *McArn* wrongful termination, violation of state whistleblower laws, tortious interference with employment, and intentional and negligent infliction of emotional distress.  However, all of Plaintiff's state law claims are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."  28 U.S.C. § 1367(a).  As such, this Court has supplemental jurisdiction over all of Plaintiff's state law claims.  *Id.*

4.Plaintiff filed his Complaint on March 4, 2022.  The Mississippi Department of Revenue and the State of Mississippi were served with process on March 23, 2022.  Commissioner Graham, Caldwell, and Craig were served with process on March 24, 2022.  This notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after service of process upon one of the Defendants.

5. The United States District Court for the Southern District of Mississippi, Northern Division, embraces Hinds County, Mississippi, where the action is pending in state court. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6. Pursuant to L. U. Civ. R. 5(b), a certified copy of the entire state court record is attached hereto as collective *Exhibit 2*. Copies of all process, pleadings, and orders served upon the Defendants are collectively appended to this notice as *Exhibit 2*, pursuant to 28 U.S.C. § 1446(a).

7. The Removing Defendants are filing this written notice of removal with the Clerk of the Hinds County Circuit Court, First Judicial District, where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is also being served on Plaintiff through his attorney of record.

WHEREFORE, the Removing Defendants respectfully remove this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§1441 and 1446.

RESPECTFULLY SUBMITTED, this the 21st of April, 2022.

           CHRISTOPHER GRAHAM, DAVID CALDWELL,
           JAN CRAIG AND MEG BARTLETT (IN THEIR
           OFFICIAL AND INDIVIDUAL CAPACITIES),


        By: LYNN FITCH, ATTORNEY GENERAL
           STATE OF MISSISSIPPI

        By: */s/ Lindsay Thomas Dowdle*
           LINDSAY THOMAS DOWDLE (MSB # 102873)
           Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220

Jackson, Mississippi  39205-0220
Tel.:  (601) 359-3020
Fax:  (601) 359-2003
lindsay.dowdle@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, Lindsay Thomas Dowdle, Special Assistant Attorney General and attorney for Defendants, Christopher Graham, David Caldwell, Jan Craig, and Meg Bartlett (in their official and individual capacities) do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC/ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 21st day of April, 2022.

*/s/ Lindsay Thomas Dowdle*
LINDSAY THOMAS DOWDLE