# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER NECAISE** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:22-cv-100-LG-RPM** |
| **ASHLEY MERRYMAN MAY, et al.** | **DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **CHRISTOPHER NECAISE** | **PLAINTIFF** |
| v. | **CAUSE NO. 3:22-cv-213-LG-RPM** |
| **MISSISSIPPI DEPARTMENT OF REVENUE, et al.** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that these consolidated lawsuits should be dismissed without prejudice pursuant to Fed. R. Civ. P. 12 and 28 U.S.C. § 1367.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE