IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER NECAISE                                                                 PLAINTIFF

v.                                                            CAUSE NO. 1:22-cv-100-LG-RPM

ASHLEY MERRYMAN MAY, et al.
                                                                                   DEFENDANTS

*consolidated with*

CHRISTOPHER NECAISE                                                                 PLAINTIFF

v.                                                            CAUSE NO. 3:22-cv-213-LG-RPM

MISSISSIPPI DEPARTMENT OF
REVENUE, et al.                                                                    DEFENDANTS

## AMENDED FINAL JUDGMENT

In accordance with the Amended Memorandum Opinion and Order entered herewith, this Court finds that these consolidated lawsuits should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** as follows:

(1) The federal causes of action against the State of Mississippi, the Mississippi Department of Revenue (MDOR), and the Individual Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE** under Rules 12(b)(1) of the Federal Rules of Civil Procedure on grounds of sovereign immunity.

(2) The federal causes of action against the Individual Defendants in their personal capacities are **DISMISSED WITH PREJUDICE** under Rules 12(b)(c) of the Federal Rules of Civil Procedure on grounds of qualified immunity.

-2-

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court declines supplemental jurisdiction over the remaining state law claims. These claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1367(c).

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE